214 So.2d 166

**Terrance Emmett POWER**

v.

**STATE of Louisiana, through the BOARD OF COMMISSIONERS OF the PORT OF NEW ORLEANS.**

No. 49385.

Oct. 3, 1968.

In re: State of Louisiana, through Board of Commissioners of the Port of New Orleans applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 210 So.2d 578.

Writ refused. The result is correct.

■

214 So.2d 166

**Terrance Emmett POWER**

v.

**STATE of Louisiana, through the BOARD OF COMMISSIONERS OF the PORT OF NEW ORLEANS.**

No. 49384.

Oct. 3, 1968.

In re: Terrance Emmett Power applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 210 So.2d 578.

Writ refused. The result is correct.

214 So.2d 166

**SHELL OIL COMPANY**

v.

**TEXAS GAS TRANSMISSION CORPORATION.**

No. 49383.

Oct. 3, 1968.

In re: Shell Oil Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 210 So.2d 554.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

■

214 So.2d 166

**MICHIGAN WISCONSIN PIPELINE COMPANY**

v.

**GUARISCO ENTERPRISES, INC.**

No. 49517.

Oct. 4, 1968.

In re: Guarisco Enterprises, Inc., applying for writs of certiorari, mandamus and prohibition.

Writ refused. The ruling complained of is correct.

SUMMERS, J., dissents from the refusal to grant writs. See original opinion of this Court in Tennessee Gas Transmission Co. v. Violet Trapping Co., 248 La. 49, 176 So. 2d 425 (1965).